UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

                -against-

Lance Dottin

                             Defendant(s).
-----------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

~~CR ( )( )~~

21 MJ 7422

Defendant __Lance Dottin__ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X_ Bail/Detention Hearing

_X_ Conference Before a Judicial Officer

Permission given by Lance Dottin for Counsel to sign on his behalf.

__LanceDoth by (SM)__
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

__Lance Dottin__
Print Defendant's Name

__/s/__
Defendant's Counsel's Signature

__Sean Maher__
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

__7/30/21__
Date

__Judith C. McCarthy__
~~U.S. District Judge~~/U.S. Magistrate Judge